| DIST/OFFICE | YR. | NUMBER | MO. | DAY | YEAR | J | N/S | O | R | 23 | $ | OTHER | NUMBER | DEM. | YR. | NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0647 1 | 77 | 0923 | 08 | 25 | 77 | 1 | 890 | 1 | | | | | C77-923 | | | |

| PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | DEMJANJUK, John, aka, Demjanjuk, Iwan, aka, Grozny, Ivan (Ivan the Terrible) |

Streepy

FRANK J. BATTISTI

JUDGE

**CAUSE**

8:1451(a) Cancellation of Naturalization

**ATTORNEYS**

FOR THE GOVERNMENT:

John J. Horrigan (Ext. 4321)
Assit. U.S. Attorney

Norman A. Moskowitz
Office of Special Investigations
U.S. Dept. of Justice
P.O. Box 28603
1375 K. St., NW.
Washington, D.C. 20005
(202) 633-2502   ₍ₐₙd₎ J. Douglas Wilson
(202) 633-5043

1/18/94 - Patty Merkamp Stemler
Criminal Division, U.S. Dept of Justice
P. O. Box 899, APPELATE DIV.
Ben Franklin Station, Wash DC 20044-0899
202-514-5740

Neal M. Sher, Acting Director
Office of Special Investigation
United States Department of Justice
1377 K. Street, N.W. Suite 195
Washington D.C. 20005

Bruce J. Einhorn, AUSA 5027
1404 E. 9th Street
Cleveland, Ohio 44114
Action arose in Cuyahoga County, Ohio

ATTORNEY FOR DEFENDANT:

John W. Martin 795-1515
1949 East 105th Street
Cleveland, Ohio 44106

Mark J. O'Connor
530 Brisbane Building
Buffalo, New York 14203

John J. Gill
948 Engineers Building
Cleveland, Ohio 44114
241-5040

MICHAEL DANE 522-4856
DEBRA HUGHES
② FEDERAL DEFENDER'S OFFICE

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | STATISTICAL CARDS |||
|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD / DATE MAILED |
| | | | | JS-5  8/31/77 |
| | | | | JS-6  SEP 30 1982 |

UNITED STATES DISTRICT COURT DOCKET

DC-111 (Rev. 1/75)

# C77-923 JUDGE BATTISTI — USA vs John Demjanjuk, etc.

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 8/25/77 | 1 | Complaint filed. Summons issued to U. S. Marshal. |
| 9/15/77 | 2 | Summons returned and filed. Served John Demjanjuk on 8/26/77. Fees $5.70 |
| 10/25/77 | 3 | Answer of deft. filed with jury demand. copy mailed 10/25/77 |
| 10/31/77 | 4 | Motion of pltf. to strike filed. copy mailed 10/31/77 |
| 11/18/77 | 5 | Request of deft. for production of documents and other material for inspection and copying filed. copy mailed 11/18/77 |
| 12/19/77 | 6 | Motion of pltf. for extension of time to production documents etc. filed. copy mailed 12/19/77 |
| 12/19/77 | 7 | Motion of pltf. for extension of time to answer defts. interrogatories filed. copy mailed 12/19/77 |
| 12/21/77 | | Endorsed order granting pltf. leave to produce documents etc. until 1/27/78 filed. Battisti, J. copies issued 12/22/77 |
| 12/30/77 | | Endorsed order granting pltf. leave to answer interrogatories until 1/27/77 filed. Battisti, J. copies issued 1/3/78 |
| 1/24/78 | 8 | Answers of pltf. to defts. interrogatories filed. copies mailed 1/24/78 |
| 1/25/78 | 9 | Motion of pltf. to overrule defts. request for the production of documents and other material filed. copies mailed 1/25/78 |
| 1/30/78 | 10 | Motion of pltf. to permit pltf. to take depositions of witnesses filed copies mailed 1/30/78 |
| 2/9/78 | 11 | Reply of deft. to pltfs. motion to overrule defts. request for the production of documents and other material filed. copy mailed 2/9/78 |
| 2/9/78 | 12 | Motion of deft. in opposition to pltfs. motion to take depositions of witnesses to preserve their testimony filed. copy mailed 2/9/78 |
| 2/28/78 | 13 | Minutes of pre-trial proceedings filed. Streepy, M. |
| 3/3/78 | 14 | Memorandum and order denying motion of pltf. to use the proposed depositions at trial as premature; denying defts. motion to overrule; granting pltfs. motion to strike filed. Streepy, M. copies issued |
| 4/6/78 | 15 | Notice of pltf. to take deposition of deft. J. Demjanjuk and request for production of documents filed. copies mailed 4/6/78 |
| 4/17/78 | 16 | SUBPOENA RETURNED and filed. Served J. Demjanjuk on 4/12/78. Fees $8.24 |
| 5/3/78 | 17 | DEPOSITION OF JOHN DEMJANJUK filed. |
| 5/8/78 | 18 | Answers of pltf. to defts. 2nd set of interrogatories filed. copies mailed 5/8/78 |
| 5/11/79 | 19 | NOTICE OF PRE-TRIAL before Mag. Streepy on 6/4/79 at 9:30 a.m. filed. Streepy, Mag. Copies issued (5/14/79). |
| 6/4/79 | 20 | MOTION of Deft. to compel discovery filed. Copy delivered 6/4/79. |
| 6/4/79 | 21 | MINUTES OF PROCEEDINGS (PRE-TRIAL) filed. Streepy, Mag. -,r. (Discovery to be completed by 12/4/79). |
| 6/13/79 | 22 | COPY OF LETTER from John W. Martin to John J. Horrigan re: discovery filed. |
| 6/18/79 | 23 | INTERROGATORIES OF PLTF. to deft. filed. Copy mailed 6/18/79. |
| 6/22/79 | 24 | NOTICE OF APPEARANCE by Patrick M. McLaughlin as co-counsel for the Gov't, to work with Horrigan filed. |
| 6/29/79 | 25 | LETTER (copy) to Horrigan from Martin re: conference filed. |
| 9/21/79 | 26 | COPY OF LETTER from Horrigan to Martin re: Answers to interrogatories filed. |
| 10/1/79 | 27 | COPY OF LETTER from John W. Martin to John J. Horrigan re: interrogatories filed. |
| 10/23/79 | 28 | NOTICE OF PRE-TRIAL before Mag. Streepy on 11/8/79 at 9:30 a.m. filed. Streepy, Mag. Copies issued (10/23/79). |
| 10/23/79 | 29 | MOTION OF U.S.A. for an Order compelling answers to interrogatories with brief filed. Copy mailed 10/23/79. |
| 11/8/79 | 30 | RESPONSE OF PLTF. to request of deft. for production and copying of Documents filed. Copy delivered 11/8/79. |
| 11/8/79 | 31 | MINUTES OF PRE-TRIAL Proceedings filed. Streepy, Mag.--,r (Discovery matters discussed). |
| 11/14/79 | 32 | REQUEST of pltf. for admissions filed. Copy mailed 11/14/79. |
| 11/21/79 | 33 | ENTRY OF Martin Mendelsohn, Esq. as counsel for pltf. filed. Copy delivered 11/15/79. |

(CONTINUED ON NEXT PAGE)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. C77-923(F.IR) |
|---|---|---|
| UNITED STATES OF AMERICA | JOHN DEMJANJUK, etc. | PAGE 3 OF ___ PAGES |

| DATE | PROCEEDINGS | Date Order or Judgement Noted |
|---|---|---|
| 11/21/79 | 34 ENTRY of appearance of George Parker, Esq. as counsel for pltf. filed. Copy delivered 11/15/79. | |
| 11/26/79 | 35 SUPPLEMENTAL ANSWERS of Pltf. to interrogatories of deft. filed. Copy Copy delivered 11/15/79. | |
| 11/27/79 | 36 MOTION of Pltf. for an order compelling Deft. to submit to a second deposition with memorandum filed. Copy mailed 11/27/79. | |
| 11/30/79 | 37 MOTION of Deft. for Protective Order with memorandum filed. Copy mailed 11/30/79. | |
| 12/3/79 | 38 ANSWERS of deft. to interrogatories filed. Copy delivered 11/15/79. | |
| 12/3/79 | 39 MOTION of pltf. for extension of time to conduct discovery with brief filed. Copy mailed 12/3/79. | |
| 12/4/79 | 40 REQUEST for Admissions (second set) of pltf. filed. Copy mailed 12/4/79. | |
| 12/4/79 | 41 SECOND SUPPLEMENTAL ANSWER of pltf. to interrogatories filed. c/m 11/30/79. | |
| 12/4/79 | 42 MOTION of pltf. for a Protective Order to shield from Public Disclosure the names of certain individuals with affidavit and brief filed. Copy mailed 11/30/79. | |
| 12/4/79 | 43 ENTRY OF APPEARANCE of Norman A. Moscowitz, Esq. as counsel for pltf. filed. Copy delivered 11/15/79. | |
| 12/4/79 | 44 ORDER that each party shall file a supplemental brief on or before 12/10/79 re: 2nd deposition of deft. filed. Streepy, Mag. Issued | 12/4/79 |
| 12/10/79 | 45 SUPPLEMENTAL BRIEF of deft. re: motion for Protective Order filed. Copy delivered 12/10/79. | |
| 12/10/79 | 46 MOTION of Pltf. for extension of time with brief filed. c/m 12/10/79. | |
| 12/11/79 | ENDORSED ORDER granting deft. until 12/12/79 to file supplemental brief filed. Streepy, Mag. Copies issued | 12/11/79 |
| 12/12/79 | 47 SUPPLEMENTAL MEMORANDUM of Pltf. re: 2nd deposition of Deft. filed. Copy mailes 12/12/79. | |
| 12/13/79 | 48 MOTION of Deft. for extension of time with brief filed. Copy delivered 12/13/79. | |
| 12/13/79 | 49 MEMORANDUM AND ORDER granting motion of pltf. to take a second deposition of deft; further order denying, with conditions, the motion of deft. for a protective order filed. Streepy, Mag. Copies issued | 12/14/79 |
| 12/19/79 | 50 ORDER extending discovery until 2/1/80 and that the motion of U.S.A. for a Protective Order is granted re: names of two citizens, and/or residents of Germany filed. Streepy, Mag. Copies issued | 12/19/79. |
| 12/21/79 | 51 SUPPLEMENTAL answers (third) of Pltf. to interrogatories filed. Copy mailed 11/30/79. (In vault, Room 330, pursuant to Protective Order) | |
| 12/21/79 | 52 MOTION of pltf. protective order filed. Copy mailed 12/21/79. | |
| 12/21/79 | 53 NOTICE OF pltf. to depose witness pursuant to Protective Order on 1/9/80 at 10:00 a.m. filed. Copy mailed 12/21/79. (In Vault, Room 330, pursuant to Protective Order). | |
| 12/21/79 | ENDORSED ORDER granting 12/21/79 motion of pltf. for Protective Order filed. Streepy, Mag. Copies issued | 12/21/79 |
| 12/27/79 | 54 ANSWERS (4th Supplemental) of Pltf. to interrogatories of deft. filed. Copy mailed 12/18/79. | |
| 12/28/79 | 55 MOTION of deft. to prohibit use of deposition at trial and for expense of counsel with brief filed. Copy delivered 12/28/79. | |
| 12/28/79 | ENDORSED ORDER granting deft. until 1/15/80 to respond to the 1st & 2nd Requests for Admissions filed. Streepy, Mag. Copies issued | 1/3/80 |
| 1/4/80 | 56 MOTION of Pltf. for Protective Order filed. Copy mailed 1/3/80. | |
| 1/4/80 | 57 NOTICE of Pltf. to take Deposition on 1/23/80 at 10:00 a.m. filed. Copy mailed 1/3/80. (In Vault, Room 330 pursuant to Protective Order). | 7 |
| 1/4/80 | 58 MOTION of Pltf. for the taking of deposition by videotape means with memorandum filed. Copy mailed 1/3/80. (IN VAULT, ROOM 330) | |

(CONTINUED ON REVERSE SIDE)

**CIVIL DOCKET CONTINUATION SHEET**  JUDGE BATTISTI

| PLAINTIFF | DEFENDANT | DOCKET NO. C77-923 |
|---|---|---|
| UNITED STATES OF AMERICA | JOHN DEMJANJUK, etc. | PAGE 4 OF ___ PAGES |

| DATE | | PROCEEDINGS | Date Order or Judgement Noted |
|---|---|---|---|
| 1/4/80 | 59 | MOTION of Pltf. to exclude persons from taking of deposition and that deposition be kept sealed with brief filed. Copy mailed 1/3/80. (IN VAULT, ROOM 330, pursuant to Protective Order). | |
| 1/4/80 | | ENDORSED ORDER granting motion of pltf. to seal (Protective Order) filed. Streepy, Mag. Copies issued | 1/4/80 |
| 1/4/80 | 60 | MOTION of pltf. for an extension of time filed. Copy mailed 1/4/80. | |
| 1/8/80 | | ENDORSED ORDER granting pltf. until 1/11/80 to respond to motion of deft. to prohibit use of deposition at trial & for expense of Counsel filed. Streepy, Mag. Copies issued | 1/8/80 |
| 1/11/80 | 61 | ANSWER of Gov't. to motion of deft. to prohibit use of deposition at Trial and for expense of Counsel filed. Copy mailed 1/11/80. | |
| 1/14/80 | 62 | MEMORANDUM and Order denying motion of deft. to prohibit the use of deposition; further order that U.S.A. pay expenses of defense counsel to attend deposition in Germany; further order denying motion of deft. for reasonable attorney fees filed. Streepy, Mag. Copies issued | 1/14/80 |
| 1/15/80 | 63 | ANSWER of deft. to requests of pltf. for admissions filed. Copy delivered 1/15/80. | |
| 1/15/80 | 64 | ANSWER of deft. to motion of pltf. to video tape deposition filed. Copy delivered 1/15/80. | |
| 1/16/80 | 65 | MOTION of deft. for extension of time for discovery filed. Copy delivered 1/16/80. | |
| 1/16/80 | 66 | ORDER granting motion of U. S. A. to video tape deposition in Germany filed. Streepy, Mag. Copies issued | 1/16/80 |
| 1/16/80 | 67 | ORDER extending the deadline for <u>all</u> discovery to and including 2/29/80 and the Berlin, Germany deposition shall take place on 2/22/80 or on some other mutually convenient date filed. Streepy, Mag. Copies issued | 1/16/80 |
| 1/25/80 | 68 | REQUEST of Deft. for admissions filed. Copy delivered 1/25/80. | |
| 1/25/80 | 69 | SUPPLEMENTAL ANSWERS of deft. to interrogatories filed. Copy delivered 1/25/80 | |
| 2/11/80 | 70 | MOTION of Deft. for compel with brief filed. Copy delivered 2/11/80. | |
| 2/14/80 | 71 | NOTICE of Pltf. to depose deft. on 2/20/80 at 10:00 a.m. filed. Copy mailed 2/13/80 (Subpoena issued 2/14/80). | |
| 2/14/80 | 72 | NOTICE of Pltf. to depose D. Detterman on 2/22/80 at 10:00 a.m. filed. Copy mailed 2/13/80 (Subpoena issued 2/14/80). | |
| 2/15/80 | 73 | MOTION of Pltf. for a Protective Order filed. Copy mailed 2/15/80. | |
| 2/15/80 | | ENDORSED ORDER granting pltf. a protective order re: notice to take deposition filed. Streepy, Mag. Copies issued | 2/15/80 |
| 2/15/80 | 74 | NOTICE of Pltf. to take deposition (Under Seal) filed. Copy mailed 2/15/80. (IN VAULT, ROOM 330). | |
| 2/19/80 | 75 | RESPONSE of Pltf. to motion of deft. to compel filed. Copy mailed 2/19/80. | |
| 2/21/80 | 76 | MOTION of Pltf. for Protective Order filed. Copy delivered 2/20/80. | |
| 2/21/80 | | ENDORSED ORDER granting motion of pltf. for Protective Order re: Notice to take deposition filed. Streepy, Mag. Copies issued | 2/21/80 |
| 2/21/80 | 77 | NOTICE of Pltf. to take deposition (UNDER SEAL) filed. Copy delivered 2/20/80 (IN VAULT, ROOM 330). | |
| 2/21/80 | 78 | ANSWERS (6th Supplemental) of pltf. to interrogatories filed. Copy delivered 2/20/80. | |
| 2/21/80 | 79 | MOTION of Deft. to Prohibit taking of deposition with brief filed. Copy delivered 2/21/80. | |
| 2/21/80 | 80 | NOTICE of Pltf. to depose Heinrich Schaefer on 2/29/80 at 9:00 a.m. in West Germany filed. Copy delivered 2/21/80. | |
| 2/21/80 | | (CONTINUED ON NEXT PAGE) | |

CIVIL DOCKET CONTINUATION SHEET (JUDGE BATTISTI)

| PLAINTIFF | DEFENDANT | DOCKET NO. C77-923 |
|---|---|---|
| UNITED STATES OF AMERICA | JOHN DEMJANJUK, etc. | PAGE 5 OF ___ PAGES |

| DATE | PROCEEDINGS | Date Order or Judgement Noted |
|---|---|---|
| 2/21/80 | ENDORSED ORDER denying motion of deft. to prohibit taking of a certain deposition filed. Streepy, Mag. Copies issued | 2/21/80 |
| 2/22/80 | 81 ORDER granting motion of deft. to compel answers to 1st set of interrogatories; further order denying oral motion of deft. that the deposition of Heinrich Schaefer be delayed or not be had filed. Streepy, Mag. Copies issued | 2/22/80 |
| 2/27/80 | 82 MOTION of Pltf. for Protective Order re: Answers to deft's. 3rd set of interrogatories filed. Copy mailed 2/26/80. | |
| 2/28/80 | 83 RESPONSES of Pltf. to Request of Deft. for Admissions filed. Copy mailed 2/25/80 | |
| 2/29/80 | ENDORSED ORDER granting Motion of Pltf. for Protective Order re: answers to 3rd set of interrogatories filed. Streepy, Mag. (IN VAULT, ROOM 330) Copies issued | 2/29/80 |
| 2/29/80 | 84 ANSWERS of Pltf. to 3rd set of interrogatories of deft. filed. Copy mailed 2/26/80 (IN VAULT, ROOM 330, PER PROTECTIVE ORDER). | |
| 3/4/80 | 85 MOTION of Pltf. for an order that facts and the authenticity of documents requested to be admitted be taken to be established with brief filed. Copy mailed 2/29/80. | |
| 3/5/80 | 86 ANSWERS (3rd Supplemental) of deft. to interrogatories filed. Copy mailed 2/27/80. | |
| 3/5/80 | 87 NOTICE of Pre-Trial before Magistrate Streepy on 3/17/80 at 10:00 a.m. filed. Streepy, Mag. Copies issued | 3/5/80 |
| 3/6/80 | 88 MARSHAL'S RETURN on Deposition Subpoenaes (2) filed. Served D. Detterman on 2/14/80 and John Demjanjuk on 2/15/80. FEES: $7.84. | |
| 3/6/80 | 89 DEPOSITION of John Demjanjuk, called by pltf. on 2/20/80 filed. FEES:$-.--. | |
| 3/6/80 | 90 DEPOSITION of Douglas Kenward Detterman, called by pltf. on 2/21/80 filed. FEES: $-.--. | |
| 3/11/80 | 91 AFFIDAVIT of John W. Martin, Esq. re: expenses incidental to Deposition in West Germany in the amount of $332.54 filed. | |
| 3/1/80 | 92 AFFIDAVIT of Spiros E. Gonakis, Esq. re: expenses incidental to Deposition in West Germany in the amount of $380.01 filed. | |
| 3/12/80 | 93 RESPONSE of deft. to request of Gov't. for admissions filed. Copy mailed 3/12/80. | |
| 3/14/80 | 94 MOTION of Pltf. for Protective Order re: Seventh supplemental answers to interrogatories filed. Copy mailed 3/14/80. | |
| 3/14/80 | 95 MINUTES of Pre-Trial Proceedings filed. Streepy, Mag. --,r. | |
| 3/14/80 | 96 PRE-TRIAL Order filed. Streepy, Mag. Copies issued | 3/14/80 |
| 3/17/80 | ENDORSED Order granting motion of USA for protective order. Streepy, Mag. Copies issued. (3/17/80). | |
| 3/21/80 | 97 MOTION of Deft. to Exclude Witnesses submitted after Discovery Deadline with brief filed. Copy delivered 3/21/80. | |
| 3/21/80 | 98 MOTION of Deft. to compel answers to interrogatories with brief filed. Copy delivered 3/21/80. | |
| 3/21/80 | 99 SUPPLEMENTAL RESPONSE of Deft. to Motion of Gov't. re: Request for Admissions filed. Copy delivered 3/21/80. | |
| 3/21/80 | 100 SUPPLEMENTAL RESPONSE of Deft. to 1st Request for Admissions filed. Copy delivered 3/21/80. | |
| 3/21/80 | 101 SUPPLEMENTAL BRIEF of Gov't. in support of motion that the facts and authenticity of documents be admitted & established filed. Copy mailed 3/21/80. | |
| 3/21/80 | 102 MOTION of Pltf. for extension of time for Discovery filed. Copy mailed 3/20/80. | |
| 3/21/80 | 103 MEMORANDUM in support of motion for extension of Discovery filed. | |

(CONTINUED ON REVERSE)

**CIVIL DOCKET CONTINUATION SHEET** (JUDGE BATTISTI)

PLAINTIFF: U. S. A.
DEFENDANT: JOHN DEMJANJUK
DOCKET NO. C77-923
PAGE 6 OF ___ PAGES

| DATE | PROCEEDINGS | Date Order or Judgement Noted |
|---|---|---|
| 3/26/80 | 104 AMENDED MOTION of Pltf. for extension of Discovery with affidavit filed. Copy mailed 3/28/80. | |
| 4/1/80 | 105 ANSWER of Pltf. to motion of deft. to compel answers to interrogatories filed. copy mailed 3/31/80. | |
| 4/1/80 | 106 REPLY MEMORANDUM of Pltf. to motion of deft. to exclude witnesses submitted after discovery deadline filed. Copy mailed 3/31/80. | |
| 4/1/80 | 107 RESPONSE of Deft. to motion of pltf. to extend Discovery filed. Copy delivered 4/1/80. | |
| 4/3/80 | 108 MEMORANDUM AND ORDER extending Discovery until 5/15/80 with the exception that the Pltf. shall not depose the wife of ~~pltf.~~ DEFT. filed. Streepy, Mag. Copies issued | 4/3/80 |
| 4/3/80 | 109 MEMORANDUM AND ORDER that the Deft. shall have until 5/15/80 to depose three certain witnesses and denying the motion of deft. to exclude these witnesses is denied filed. Streepy, Mag. Copies issued | 4/3/80. |
| 4/4/80 | 110 MEMORANDUM and Order re: facts and authenticity of certain documents requested to be admitted be taken to be established filed. Streepy, Mag. Copies issued (5Pp.) | 4/4/80 |
| 4/8/80 | 111 MEMORANDUM AND ORDER re: answers of pltf. to certain interrogatories filed. Streepy, Mag. Copies issued (4Pp.) | 4/8/80 |
| 4/9/80 | 112 ORDER modifiying the memorandum and order of 4/8/80 filed. Streepy, Mag. Copies issued (2Pp.). | 4/9/80 |
| 4/14/80 | 113 SUPPLEMENTAL RESPONSE of Deft. to 2nd request of pltf. for admissions filed. Copy delivered 4/14/80. | |
| 4/15/80 | 114 MOTION of Deft. for the assignment of counsel with affidavit filed. Copy delivered 4/15/80. | |
| 4/16/80 | 115 ORDER denying motion of deft. for appointment of counsel, without prejudice upon complying with Local Rule 3 filed. Streepy, Mag. Copies issued | 4/16/80 |
| 4/21/80 | 116 NOTICE of Pltf. to Depose Karl Streibel on 5/8/80 at 9:00 a.m. in Hamburg, Germany with motion for the videotaping of said depostion with memorandum attached filed. Copy mailed 4/21/80. | |
| 4/21/80 | 117 EIGHTH SUPPLEMENTAL ANSWERS of U.S.A. to interrogatories filed. Copy mailed 4/21/80. | |
| 4/22/80 | 118 NOTICE of Pltf. to depose Jerom Brentar on 5/1/80 at 9:00 a.m. filed. Copy mailed 4/21/80. | |
| 4/22/80 | 119 NOTICE of Pltf. to depose Dr. Michael Pap on 4/30/80 at 1:00 p.m. filed. Copy mailed 4/21/80. | |
| 4/22/80 | 120 NOTICE of Pltf. to depose Edmund O'Connor on 5/2/80 at 10:00 a.m. in Buffalo, New York filed. Copy mailed 4/21/80. | |
| 4/23/80 | 121 MOTION of Deft. for the assignment of counsel with brief filed. Copy delivered 4/23/80. | |
| 4/25/80 | 122 MOTION of deft. to prohibit use of video tape deposition at trial and and for expense of counsel with brief filed. Copy delivered 4/25/80. | |
| 4/28/80 | 123 SUPPLEMENTAL AFFIDAVIT of Spiros E. Gonakis, Esq. to motion for the assignment of Counsel filed. Copy delivered 4/28/80. | |
| 4/28/80 | 124 REPLY MEMORANDUM of Pltf. to motion of deft. to assign counsel filed. Copy delivered 4/28/80. | |
| 4/28/80 | 125 MINUTES of Proceedings filed. Streepy, Mag. Murek, r(Fincun-Mancini, 696-2272)(Hrg. re: motion of pltf. to use videotape deposition & motion of deft. for assignment of counsel begun and not concluded; adjourned until 1:30 p.m. today). | |
| 4/28/80 | 126 DEPOSITION taken in Berlin, Germany, before Sandra N. Humphrey filed. FEES: $-.--. (IN VAULT, ROOM 330, pursuant to protective order) | |

(CONTINUED ON NEXT PAGE)

**JUDGE BATTISTI**

**CIVIL DOCKET CONTINUATION SHEET** FPI-MI—3-14-75-50M-3511

| PLAINTIFF | DEFENDANT | DOCKET NO. C77-923 |
|---|---|---|
| U. S. A. | JOHN DEMJANJUK | PAGE 7 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 4/28/80 | 127 | MINUTES of Proceedings filed. Streepy, Mag. Murek (Fincun-Mancini, 696-2272) r(Hrg. re: motion of deft. for assignment of counsel resumed and concluded; taken under advisement). |
| 4/29/80 | 128 | DEPOSITION SUBPOENAES (2) returned and filed. Served Jerome Brentar 4/22/80 and Dr. Michael Pap 4/23/80. FEES: $12.28. |
| 4/30/80 | 129 | MEMORANDUM and Order denying motion of deft. for the appointment of counsel; further order granting motion of pltf. to video tape deposition in Germany; further order that the U. S. A. shall pay expenses of defense counsel incidental to the forthcoming deposition in Germany, but not legal fees filed. Streepy, Mag. Copies issued (4/30/80). |
| 5/12/80 | 130 | DEPOSITION of Michael S. Pap, Ph.D., called by U.S.A. on 4/30/80 filed. FEES:$-.- |
| 5/13/80 | 131 | ANSWERS of U.S.A. to 4th set of interrogatories of deft. filed. c/m 5/13/80. |
| 5/13/80 | 132 | AFFIDAVIT of John W. Martin, Esq. re: expenses ($288.11) while in Hamburg, Germany filed. |
| 5/13/80 | 133 | AFFIDAVIT of Spiros E. Gonakis, Esq. re: expenses $306.22) while in Hamburg, Germany filed. |
| 5/15/80 | 134 | MOTION of Deft. to extend Discovery with brief filed. Copy delivered 5/15/80. |
| 5/15/80 | 135 | INTERROGATORIES (5th set) of deft. to pltf. filed. Copy delivered 5/??/80. |
| 5/21/80 | 136 | MOTION of deft. to compel with brief filed. Copy delivered 5/22/80. |
| 5/30/80 | 137 | MOTION of Pltf for extension of time until 6/4/80 to respond to Def motion to compel filed. copies mailed 5/30/80. |
| 6/3/80 | | ENDORSE ORDER GRANTING MOTION FOR EXTENSION OF TIME UNTIL 6/4/80 STREEPY,MAG. |
| 6/3/80 | 138 | ORDER granting pltf. leave to respond to interr. on or before 6/15/80 and granting motion of deft. to extend discovery for limited purpose of permitting deft. to file fifth set of interr. filed. Streepy, Mag. |
| 6/4/80 | 139 | DEPOSITION of Jerome A. Brentar, Tuesday, May 13, 1980 filed. Fees: $--- |
| 6/5/80 | 140 | MOTION of U.S.A. to file instanter Govt's reply to deft's motion to compel answer to his fourth set of interr. filed. Copy mailed 6/5/80 |
| 6/6/80 | 141 | MOTION of deft. for reconsideration of motion of deft. to assign counsel with brief in support filed. Copy mailed 6/6/80 |
| 6/6/80 | 142 | ORDER denying motion of deft. to compel answers to interrogatories 5,6 and 8; further granting motion as to interrogatory 10; and further denying the motion as to interrogatory 13 filed. Streepy, Mag.(6/6/80). |
| 6/16/80 | 143 | MOTION of U.S.A. for extension of time filed. Copy mailed 6/16/80. |
| 6/16/80 | 144 | ANSWERS of pltf. to deft's fifth set of interrogatories received and filed. Copy mailed 6/16/80. |
| 6/17/80 | 145 | DEPOSITION of Heinrich Schaefer on 2/29/80 at Frankfurt am Main, Germany filed. (With Exhibits attached). |
| 6/17/80 | | ENDORSED ORDER granting motion of U.S.A. for extension of time to 6/23/80 to respond to deft's motion for reconsideration of motion to assign counsel filed. Copy mailed 6/16/80. |
| 6/23/80 | 146 | OPPOSITION of Gov't to motion of deft. for reconsideration of motion to assign counsel filed. Copy mailed 6/20/80. |
| 6/24/80 | 147 | ANSWERS of Gov't to deft's fourth set of interrogatories propounded to pltf. filed. Copy mailed 6/24/80. |
| 6/26/80 | 148 | MOTION of deft. to compel with brief in support filed. Copy mailed 6/26/80. |

DC-111A REV. (1/75)

CIVIL DOCKET CONTINUATION SHEET  FPI-NI—3-14-75-50M-3511

| PLAINTIFF | DEFENDANT | DOCKET NO. C77-923 |
|---|---|---|
| United States of America | John Demjanjuk | PAGE 2 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 7/2/80 | 149 | MOTION of deft. to compel Gov't to answer interrogatories 10,15 of the fourth set of interrogatories with brief in support filed. Copy mailed 7/2/80. |
| 7/2/80 | 150 | ORDER filed motion for reconsideration is denied. STREEPY,MAG. |
| 7/3/80 | 151 | MOTION of U.S.A. for extension of time to respond to deft's motion to compel filed. Copy mailed 7/3/80 |
| 7/10/80 | 152 | MOTION of deft. to appeal Magistrate Streepy's Order denying motion to assign counsel and necessary expenses filed. Copy mailed 7/10/80. |
| 7/10/80 | 153 | MOTION of U.S.A. for leave to file instanter answer to deft's motion to compel answers to fifth set of interrogatories filed. Copy mailed 7/10/80 |
| 7/14/80 | 154 | ANSWER of Gov't to motion of deft. to compel answers to his fourth set of interrogatories filed. Copy mailed 7/14/80 |
| 7/16/80 |  | ENDORSED ORDER GRANTING MOTION FOR LEAVE TO FILE INSTANTER. STREEPY,MAG. |
| 7/16/80 | 155 | GOV'T ANSWERS TO DEFT. MOTION TO COMPEL TO FIFTH SET OF INTERROGATORIES FILED. |
| 7/18/80 | 156 | MEMORANDUM AND ORDER FILED MOTION TO COMPEL ANSWERS TO INTERrogatories 1 and 4 through 12, inclusive is denied. STREEPY,MAG. |
| 7/29/80 | 157 | Motion for leave to file instanter filed. |
| 7/30/80 | 158 | GOVERNMENTS opposition to deft's motion to appeal Mag's. order denying appointment of counsel and payment by gov. of litigation expenses filed. |
| 7/30/80 |  | ENDORSED ORDER granting motion for leave to file instnnter filed. Streepy,Mag. |
| 9/3/80 | 159 | SUPPLEMENTAL answers of Govt. to fourth set of interrogatories of deft. filed. Copy mailed 9/3/80. |
| 9/8/80 | 160 | SECOND SUPPLEMTNAL ANSWERS of the Gov't to fourth set of interrogatories of deft. filed. Copy mailed 9/8/80 |
| 9/10/80 | 161 | MOTION of U.S.A. for protective Order filed. Copy mailed 9/10/80. ENDORSED ORDER granted and filed. Streepy,US Mag.(9/10, |
| 10/9/80 | 162 | LETTER from Bruce J. Einhorn to George Meshel, Chief Clerk re appearance for the Gov't filed. |
| 10/24/80 | 163 | SUPPLEMENTAL ANSWERS of Gov't to deft's interrogatories filed. Copy mailed 10/24/80. |
| 11/7/80 | 164 | TRANSCRIPT OF PROCEEDINGS before Magistrate Jack b. Streepy on Monday, 4-28-80 at 10:00a.m. filed. |
| 11/17/80 | 165 | MEMORANDUM and Order - decision affirming the Magistrate's orders of 4/30/80 and 7/2/80 filed. Battisti,J.(11/17/80) |
| 11/20/80 | 166 | PRODUCTION of Gov't of documents filed. Copy mailed 11/20/80 |
| 11/26/80 | 167 | MINUTES OF PROCEEDINGS filed. Battisti, J. reporter,none (Trial set for 2/3/81 at 10:00a.m.; counsel to discuss and and agree upon interpreter needed and submitt proposed order to court of their names; pre trial order entered; trial briefs due 1/3/81). |
| 11/26/80 | 168 | PRE TRIAL ORDER filed. Battisti, J. (11/26/80). |
| 12/30/80 | 169 | MOTION of USA for an order permitting pltf. to record the testimony at the deposition of Daniel Segat by means of videotape filed. Copy mailed 12/30/80 |

Continued.-

DC-111A REV. (1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF<br>United States of America | DEFENDANT<br>John Demjanjuk | DOCKET NO C 77-923 |
|---|---|---|
| | | PAGE 9 OF ____ PAGES |

| DATE | PROCEEDINGS | Date Order or Judgement Noted |
|---|---|---|
| 12/30/80 | 170 MOTION of U.S.A. for extension of time until 1/12/81 within which to file its trial brief filed. Copy mailed 12/30/80 | |
| 12/30/80 | 171 SUPPLEMENTAL ANSWERS of Gov't to deft's interrogatories filed. Copy mailed 12/30/80. | |
| 12/30/80 | 172 NOTICE of pltf. to take the deposition of Daniel Segat on 1/16/81 at 10:00a.m. filed. Copy mailed 12/30/80 | |
| 1/5/80 | 173 MOTION of deft. to prohibit use of Video Tape Deposition at trial and for expense of counsel with brief in support filed. Copy mailed 1/5/80 | |
| 1/6/81 | 174 MOTION of U.S.A. for an order permitting pltf. to record testimony at the deposition of Daniel Segat on 1/16/81 by means of videotape with memo in support filed. Copy mailed 1/6/81 | |
| 1/6/81 | 175 NOTICE of U.S.A. to taje the deposition on 1/16/81 at 10:00a.m. of Daniel Segat filed. Copy mailed 1/6/81 | |
| 1/16/81 | ENDORSED Order Granting motion of pltf.for order permitting pltf. to record testimony;one deft lawyer may appear at gov't expense filed. Battisti,J. c/issued/ | |
| 1/16/81 | ENDORSED Order Granting motion of USA for extension of time until 1/12/81 to file brief filed. Battisti,J. | |
| 1/14/81 | 176 TRIAL Breif of deft. filed. c/m 1/6/81 | |
| 1/22/81 | 177 DEPOSITION of Daniel Segat taken by the pltf. filed. | |
| 2/2/81 | 178 MOTION of Gov't in Limine to bar the testimony of deft's expert psychologist and character witness with memo. in support filed. Copy mailed 2/2/81. | |
| 2/2/81 | 179 FOURTH SUPPLEMENTAL ANSWER of deft. to interrogatories propounded by pltf.filed. Copy mailed 1/30/81 | |
| 2/6/81 | 180 LETTER from John W. Martin to the Hon. Frank J. Battisti re enclosure of letter from Atty. John Horrigan filed. | |
| 2/6/81 | 181 MOTION OF DEFT. in opposition to Motion of Govt. to amend complaint with brief attached filed. c/m 2-6-81 | |
| 2/6/81 | 182 MEMORANDUM OF DEFT. contra to Motion of Govt. in limine to bar the testimony of Deft's expert psychologist and character witnesses filed. no service stated | |
| 2/6/81 | 183 MOTION OF DEFT. in Limine w/brief attached filed. IN RE: Trawniki training cards. c/m 2/6/81 | |
| 2/6/81 | 184 MOTION OF DEFT. in Limine with brief attached filed. IN RE: Photographic identification. c/m 2/6/81 | |
| ***1/12/81 | 185 PRETRIAL BRIEF OF GOVT. filed. c/m 1/12/81 | |
| 2/9/81 | 186 MINUTES OF PRE TRIAL PROCEEDINGS filed. Battisti, J. reporter,none (Pending motions considered; motion of USA to amend compl. gr.; proposed order to be submitted immediately by both parties granting & denying,as Judge may still consider overruling motion; other motions under advisement and to be ruled on the day of or during the trial). | |
| 2/9/81 | 187 ORDER grating deft. to have interpreter at trial and Gov't to pay expenses filed. Battisti,J.(2/9/81) | |
| 2/10/81 | 188 MINUTES OF PROCEEDINGS filed. Battisti, J. Pavolino,r. (Trial to the Court begun but not concl.; motion of Gov't for separation of witnees granted; continued to tomorrow 2/11/81 at a.m.) | |
| 2/10/81 | 189 MEMORANDUM AND ORDER granting motion of U.S.A. to amned the complaint ; further directing deft.to provide the court with a written report from Dr. Detterman;further limiting deft's character witnesses to 5-10 etc. filed. Battisti,J.(2/10/81) | |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. C77-923 |
|---|---|---|
| USA | Demjanjuk | PAGE 10 OF ___ PAGES |

| DATE | PROCEEDINGS | Date Order or Judgement Noted |
|---|---|---|
| 2/11/81 | 190 MINUTES OF PORCEEDINGS filed. Battisti,J. Pavolino,/Corsillo,r (Trial to the Court resumed but not concluded; continued to tomorrow at 10:00a.m.; Evidence of Gov't resumed but not concluded) | |
| 2/12/81 | 191 MINUTES OF PROCEDDINGS filed. Battisti,J. Pavolino/Corsillo,r (Trial to the Court resumed but not concluded; cont. to 2/13/81 at 10:00a.m.; Evidence of Gov't resumed but not concluded). | |
| 2/13/81 | 192 MINUTES OFPROCEEDINGS filed. Battisti,J. Pavolino, r. (Trial to Court resumed but not concluded; continued to Tuesday 2/17/81 at 10:00a.m.; Evidence of the Gov't resumed but not concluded; Motion of deft. to bar testimony of Schaefler by videotape - Overruled). | |
| 2/17/81 | 193 MINUTES OF PROCEEDINGS filed. Battisti,J. Pavolino,Czompoly,r (Trial to the Court resumed but not concluded; cont. to tomorrow 2/18/81; Evidence of Gov't resumed but not concluded; motion of deft. to bar videotape depo. of Horn Overruled) | |
| 2/18/81 | 194 MINUTES OF PROCEEDINGS filed. Battisti, J. Pavolino, r. (Trial to the Court resumed but not concluded continued to tomorrow 2/19/81 at 10:00a.m.; Evidence of the Gov't resumed but not concluded). | |
| 2/19/81 | 195 MINUTES of PROCEEDINGS filed. Battisti, J. Pavolino, Czompoly,r (TRIAL to the Court resumed but not concluded; cont.to tomorrow 2/20/81 at 10:00a.m.; Evidence of the Gov't resumed but not concluded). | |
| 2/20/81 | 196 MINUTES OFPROCEEDINGS filed. Battisti, J. Pavolino,Czompoly,r (Trial to Court resumed but not concluded; continued to Tuesday 2/24/81 at 10:00a.m.; Evidence of Gov't did not conclude). | |
| 2/23/81 | 197 EXAMINATION before trial of Edward M. O'Connor on 5/2/80 at 10:05 a.m. Buffalo-N.Y. filed. Fees: $---. | |
| 2/24/81 | 198 MINUTES OF PROCEEDINGS filed. Battisti, J. Pavolino/Czompoly,r (Trial to the Court resumed but not concluded; continued tomorrow 2/25/81 at 10:00a.m.; evidence of Gov't resumed but not concluded) | |
| 2/25/81 | 199 MINUTES OF PROCEEDINGS filed. Battisti, J. Pavolino,/Czompoly,r (Trial to the Court resumed but not concluded, cont. to Tuesday 3/2/81 at 10:00a.m.; Evidence of the Gov't resumed and concluded) | |
| 3/3/81 | 200 MINUTES OF PROCEEDINGS filed. Battisti,J.Pavolino/Czompoly, r. (Trial to the Court resumed but not concluded; cont.to tomorrow 3/4/81 at 10:00a.m.; Evidence of the Gov't resumed but not concluded; Evidence of deft. begun but not concluded). | |
| 3/4/81 | 201 MINUTES OF PROCEEDINGS filed. Battisti, J. Pavolino/Czompoly, r. (Trial to the Court resumed but not concluded; cont.to tomorrow 3/5/81 at 10:00a.m.; evidence of deft. resumed not concluded; motion of Gov't to bar testimony of Dr. Ditterman granted) | |
| 3/4/81 | 202 MEMORANDUM of Douglas K. Detterman filed. | |
| 3/5/81 | 203 MINUTES OF PROCEEDINGS filed. Battisti, J. Pavolino/Czompoly,r (Trial to the Corut resumed but not concluded; con't to 3/10/81 at 10:00a.m. at 10:00a.m.;rebutal evidence of Gov't begun and concluded; evid.of deft. con't to 3/10/81) | |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | | |
|---|---|---|---|
| United States of America | John Demjanjuk | DOCKET NO. | C77-923 |
| | | PAGE 11 OF | PAGES |

| DATE | PROCEEDINGS | Date Order or Judgement Noted |
|---|---|---|
| 3-9-81 | 204 COPY OF LETTER TO JUDGE to Mr. Martin from Mr. Moscowitz filed. Hand delivered 3-7-81. | |
| 3/10/81 | 205 MINUTES OF PROCEEDINGS filed. Battisti, J. Pavolino/Czompoly,r (Trial to the Court resumed but not concluded; con't to tomorrow 3/11/81 at 10:00a.m.; Evidence of deft. resumed and concluded). | |
| 3/11/81 | 206 MINUTES OF PROCEEDINGS filed. Battisti. J. Pavolino/Czompoly.r (Trial to Court resumed and concluded Closing arguments begun and concluded; counsel to submit proposed findings of fact and conclusions of law w/m 10 days). | |
| 3/13/81 | 207 DEPOSITION of Feodor Fedorenko filed. Fees: $--- | |
| 3/23/81 | 208 PROPOSED FINDINGS OF FACT and conclusions of law of deft. filed. Copy mailed ---. | |
| ** 3/20/81 | 209 MOTION of pltf. for extension of time to 3/27/81 within which to file their Findings of Fact and Conclusions of Law filed. Copy mailed 3/20/81 ENDORSED ORDER granted and filed. Battisti,J.(3/23/81). | |
| 3/27/81 | 210 PROPOSED Findings of Fact and Conclusions of Law of Gov't filed. | |
| 4-14-81 | 211 MOTION of deft. for mistrial filed. Copy mailed 4-14-81 | |
| 4-22-81 | 212 TRIAL PROCEEDINGS had before the Hon. FJB, Chief Judge of said Court, Commencing on Tuesday, February 10, 1981 filed. | |
| 4-22-81 | 213 TRIAL PROCEEDINGS continued before the Hon FJB, Chief Judge of said Court, on Wednesday, February 11, 1981 filed. | |
| 4-22-81 | 214 TRIAL PROCEEDINGS continued before the Hon. FJB,Chief Judge of said Court, on Thursday, February 12, 1981 filed. | |
| 4-22-81 | 215 TRIAL PROCEEDINGS continued before the Hon. FJB, Chief Judge of said Court, on Friday, February 13, 1981 filed. | |
| 4-22-81 | 216 TRIAL PROCEEDINGS continued before the Hon. FJB, Chief Judge of said Court, on Tuesday, February 17, 1981 filed. | |
| 4-22-81 | 217 TRIAL PROCEEDINGS continued before the Hon. FJB, Chief Judge of said Court, on Wednesday, February 18, 1981 filed. | |
| 4-22-81 | 218 TRIAL PROCEEDINGS continued before the Hon. FJB, Chief Judge of said Court, on Thursday, February 19, 1981 filed. | |
| 4-22-81 | 219 TRIAL PROCEEDINGS continued before the Hon. FJB, chief Judge of said Court, on Friday, February 20, 1981 filed. | |
| 4-22-81 | 220 TRIAL PROCEEDINGS continued before the Hon. FJB, Chief Judge of said Court, on Tuesday, February 24, 1981 filed. | |
| 4-22-81 | 221 TRIAL PROCEEDINGS continued before the Hon. FJB, Chief Judge of said Court, on Wednesday February 25th, 1981 filed. | |
| 4-22-81 | 222 TRIAL PROCEEDINGS continued before the Hon. FJB, Chief Judge of said Court, on Wednesday February 25th, 1981 filed. | |
| 4-22-81 | 223 TRIAL PROCEEDINGS continued before the Hon. FJB, Chief Judge of said Court, on Tuesday, March 3rd, 1981 filed. | |
| 4-22-81 | 224 TRIAL PROCEEDINGS continued before the Hon. FJB, Chief Judge of said Court, on Wednesday, March 4, 1981 filed. | |
| 4-22-81 | 225 TRIAL PROCEEDINGS continued before the Hon. F.J.B., Chief Judge of said Court on Thursday, March 5, 1981 filed. | |
| 4-22-81 | 226 TRIAL PROCEEDINGS continued before the Hon. FJB, Chief Judge of said Court, on Tuesday, March 10, 1981 filed. | |
| 4-22-81 | 227 TRIAL PROCEEDINGS continued before the Hon. FJB, Chief Judge of said Court, on Wednesday, March 11, 1981 filed. | |
| 4-27-81 | 228 MOTION of pltf. for extension of time filed. Copy mailed 4-27-81 ENDORSED ORDER granted and filed. Battisti,J.(4-27-81). | |



JUDGE ..... JUDGE ....

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | DOCKET NO. C77-923 |
|---|---|---|
| U.S.A. | John Demjanjuk | PAGE ___ OF ___ PAGES |

| DATE | PROCEEDINGS | Date Order or Judgement Noted |
|---|---|---|
| 4-30-81 | 229 MEMORANDUM of U.S.A. in opposition to motion of deft. for mistrial filed. | |
| 5-4-81 | 230 MINUTES OF PROCEEDINGS filed. Battisti,J. reporter,Czompoly (Hrg.on motion of deft. for mistrial begun and concluded; taken under advisement). | |
| 5-18-81 | 231 SUPPLEMENTAL BRIEF of Gov't in opposition to motion of deft. for a mistrial filed. Copy mailed 5-18-81 | |
| 5-19-81 | 232 BRIEF of deft. in support of its motion for mistrial filed. Copy mailed 5-19-81 | |
| 5-26-81 | 233 REPLY MEMORANDUM of Gov't to deft's supplemental brief in support of his motion for a mistrial filed. Copy mailed 5-26-81 | |
| 6-3-81 | 234 RESPONSE of deft. to Govt's reply memorandum to deft's supplemental brief in support of motion for mistrial filed. Copy mailed 6-3-81 | |
| 6-19-81 | 235 TRANSCRIPT OF PROCEEDINGS has at an oral hearing on deft's motion for a mistrial, before the Hon. Frank J. Battisti, Chief Judge of said Court, on Monday, May 4th, 1981 at 10:10 o'clock a.m. filed. | |
| 6-23-81 | 236 MEMORANUDM DECISION AND ORDER revoking and vacating deft's Certificate of Naturalization, Number 7997497, and is canceled on the the grounds that such Certificate were illegally procured by willful misrepresentation of material facts under 8 USC Sec. 1451(a); accordingly judgment will be entered in favor of pltf. U.S.A. and against deft. John Demjanjuk filed. Battisti,J.(6-23-81). | |
| 6-23-81 | 237 JUDGMENT, ORDER, that the Court's Memorandum Decision and Order filed on 6-23-81 is adopted as Findings of Fact and Conclusions of Law in accordance with Rule 52, FRCP; Order that judgment is entered in favor of the pltf. and against the deft. filed. Battisti,J.(6-23-81). | |
| 6-24-81 | LIST of Gov;t Exhibits-on left side of room towards the back Gov't Exhibits: (1)-Map, 4B-Death Camps, 13-Blowup of Trawniki cards, 13(i)-Blowup of Trewniki card, 14-Blowup of Trawniki card, 14(i)-Blowup of Trwniki card; 15-Treblinka diagram filed. vault | |
| 6-24-81 | VIDEOTAPE deposition Otto Horn in vault Room 330 filed. | |
| 7/06/81 | 238 NOTICE of Appeal by deft. re: 6/23/81 filed. c/m Martin, McLaughlin, Horrigan, Einhorn, & USCA 7/08/81. | |
| 7/06/81 | MOTION of deft. for stay of execution of judgement pending appeal filed. c/m 7/06/81. | |
| 7/06/81 | MOTION of deft. for new trial filed. c/m 7/06/81. | |
| 7/06/81 | MOTION Of deft. for stay of execution of judgement pending defts. motion for new trial filed. c/m 7/06/81. | |
| 7/24/81 | ACKNOWLEDGEMENT of Transmission form from USCA case no. 81-3415 filed in USCA 7/21/81, filed. | |
| 8/05/81 | CERTIFIED ORIGINAL Pleadingsfmailed to Clerk, USCA. | |
| 8/10/81 | ENDORSED ORDER denying Deft. for stay of execution, filed. Battisti, J. c/m 8/10/81. | |
| 8/10/81 | ENDORSED ORDER denying Deft.motion for new trial, filed. Copies issued 8/10/81. | |
| 8/18/81 | ACKNOWLEDGED receipt of record by the USCA for the Sixth Circuit filed. Case No. 81-3415. | |

CIVIL DOCKET CONTINUATION SHEET                         FPI-MAR—7-14-80-70M-4398

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| USA | Demjanjuk, John, aka, | DOCKET NO. C77-923 |
| | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1/19/82 | | RECEIPT of Video Tape Deposition of Richard Horn #2 & #3 by Linda Young on behalf of John Martin on 1/19/82 received and filed. |
| ** 1/19/82 | | RECEIPT OF GOVERNEMENT EXHIBITS #5, 6, 5B, 6B, 16, 17, 19 by Linda Young on behalf of John Martin received and filed. |
| 7/16/82 | | MOTION of Gov't. for an Order to show cause why deft. should not be held in civil contempt filed. c/m 7/14/82. |
| 7/19/82 | | ENDORSED ORDER denying motion, since it would now amount to stressing a technicality. BATTISTI, J. |
| 7/15/82 | | EX PARTE motion for temporary restraining Order filed by pltf. with affidavit attached filed. c/m 7/15/82. |
| 7/19/82 | | ENDORSED ORDER denying motion of pltif. Battisti, J. |
| 9/14/82 | | TRUE copy of mandate from U.S.C.A. affirming judgment of district court filed. Before: Kennedy & Martin, C. J. Phillips S.C.J. Issued: 9/8/82; costs: None record returned. |
| 9/14/82 | | OPINION filed. |
| 12/27/82 | | MOTION of Pltf. to withdraw original files filed. c/m 12/22/82. |
| 12/28/82 | | OPPOSITION of Deft. to motion of pltf. to withdraw original filed filed. c/m 12/28/82. |
| 2/3/83 | | ENDORSED Order denying motion to withdraw original files. Battisti, J. Issued.    (2/4/83) |
| 4/12/83 | | EXHIBITS WITHDRAWN, by deft's. attorney Mark J. O'Connor, various exhibits filed by deft.--J;K; BBB; CCC; and other exhibits originally filed. Approved by George V. Zeolla, Deputy Clerk.  (4/12/83)  vault |
| 12/30/82 | | EXHIBTS. OF THE UNITED STATES GOVERNMENT withdrawn by Asst. United States Attorney Gary D. Arbeznik, on behalf of the Office of the Special Investigations, (Nancy Kramp) vault Approved by George V. Zeolla, Deputy Clerk of Courts (12/30/82). |
| 10/26/83 | | MOTION of Deft. John Demjanjuk to vacate judgment, filed. c/m 10/26/83 |
| 10/27/83 | | OPPOSITION of Govt. to Deft's. motion to vacate his denaturalization, filed. c/m 10/27/83. |
| 10/28/83 | | REPLY of deft. to Government's Opposition to deft's motion to vacate filed. Copy mailed 10/28/83 |
| 11/28/83 | 3 | MEMORANDUM OPINION AND ORDER denying motion of petitioner to vacate judgment in favor of a new trial; further order establishing a time to be on petitioner's request to stay a deportation proceeding before Administrative Law Judge Angellini in which petitioner is the deft. filed. Battisti,J.(11/28/83) n.11/28/83 |
| 1/26/84 | | NOTICE of Appeal by deft., filed. inre: 11/28/83.  c/m Horrigan, Moskowitz, O'Connor, Gill & USCA.  (n. 1/31/84). |
| 2/6/84 | | ACKNOWLEDGMENT of filing Transmission form in USCA on 2/3/84 & rec'd 2/2/84, filed. (#84-3106). |
| 12/17/84 | | MOTION of deft., John Demjanjuk to vacate judgment, filed. c/m 12/17/84. |
| 12/31/84 | | OPPOSITION of Gov't. to deft.'s second mot. to vacate, filed. Copies mailed 12/27/84. |
| 1/7/85 | | RESPONSE of petitioner to OSI's opposition to deft's motion to vacate, filed. c/m 1/4/85. |
| 2/12/85 | | ORDER stating that the Sixth Circuit presently has jurisdiction over this case; (order cont on back) |

DC 111A (Rev. 1/75)

**JUDGE BATTISTI**

CIVIL DOCKET CONTINUATION SHEET

FPI—MAR—7-14-80-70M-4398

| PLAINTIFF | DEFENDANT | DOCKET NO. _____ |
|---|---|---|
| | | PAGE ____ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| Order cont't | | therefore, the petitioner should raise his claims. This Court does not recommend to the Sixth Circuit that it remand the case so that a new trial can be granted, filed. Battist, C.J. Issued 2/13/85. (n. 2/13/85). |
| 3/11/85 | | NOTICE of Appeal by deft., filed. inre: 2/12/85. c/m Horrigan, O'Connor, Gill & USCA. (n. 3/12/85). |
| 3/18/85 | | ACKNOWLEDGMENT of filing 2nd Transmission form in USCA on 3/15/85 & received 3/14/85, filed. (#85-3212). |
| 9/6/85 | | TRUE copy of Mandate from USCA affirming judgments of the District Court, filed. Kennedy & Milburn, C.JS; & Bertelsman, D.J. Issued as Mandate: 9/3/85. Costs: None. Record Returned. (n. 9/6/85) (6/28/85). No Record Returned. |
| 9/20/85 | | TRUE copy of Order form USCA granting motion of deft-appellant for recall & stay the mandate in consolidated appeals 85-3212 & 84-3106 & to stay the mandate in 85-3198 pending application to the Supreme Court of the United States for the writ of certiorari. Further Ordered that the mandates are stayed in these cases for a period not to exceed sixty days from this date etc, filed. Hehman, Clerk. (n. 9/20/85) (9/18/85). |
| 1/6/86 | | TRUE copy of Mandate from USCA affirming judgment of District Court for the reasons stated in the entered opinion & orders of district court, filed. Kennedy & Milburn, C.JS; & Bertelsman, D.J. Issued as Mandate: 1/2/86. Costs: None. (n. 1/6/86)(6/28/85) (6 p) |
| 3/27/86 | | MOTION of U.S.A. to withdraw documents & video tape depositions, filed. c/m 3/27/86. (2 p) |
| 4/4/86 | | ORDER that the Gov't. may purs. to Loc. R. 6.01 withdraw the following documents: the gov't's supp'l answer to deft.'s fourth set of interrogatories, 12/21/79; the notice of the gov't. to take depositions under seal, 2/1/80; the gov't's seventh supp'l. answer to deft.'s interrogatories, 3/17/80; the gov't's supp'l. answer to deft.'s fourth set of interrogatories, 9/80; and three VHS videotape depositions of witnesses, on the condition that the gov't. file with the court certified copies of the documents so withdrawn from the record, filed. Battisti, J. C/iss. (noted 4/4/86). |
| 4/4/86 | | RECEIPT for Papers, notice to take depisitions (2/1/80) and answers to interrogatories (3/17/80 & 9/80) taken from the files by Donald H. Russell, Dist. DIrector, U.S. Immigration & Naturalization Service, on 4/4/86 and to be returned within 14 da., filed. Battisti, J. |
| 4/4/86 | | RECEIPT for Three VHS videotape depositions and supp'l. answer to interrogatories (12/21/79) taken from the files by Donald H. Russell, Dist. Director, U.S. Immigration & Naturalization Service, on 4/4/86 to be returned within 14 da., filed. Battisti, J. |
| 4/18/86 | | DOCUMENTS (Originals) Returned by the Immigration & Naturalization Service on 4/18/86 and Copies of the 3 VHS videotape depositions received at the same time also, filed. (Rec'd by Hood, Dep. Clerk). |
| 6/17/86 | | RECEIPT for deed to deft's house taken by Defense att'y, Mark O'Connor, filed. *(per 11/18/83 order). |
| 10/24/91 | | NOTICE, counsel to notify Court within 14 days re: ret of PT stmts & exh; unclaimed doc will be destroyed. Issd 10/24/91 1p CH |
| 10/25/91 | | RECEIPT signed by Gary Arbeznick, AUSA for Govt Exhibits picked up 10/25/91. ee |
| 8/7/92 | | CERTIFIED orig pldgs (transcripts only) sent to USCA. md |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 77-923 |
|---|---|---|
| USA | Demjanjuk, John; aka | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 8/27/92 | | FILE sent to The Honorable Thomas A. Wiseman, Jr. |
| 9/10/92 | | ACKNOWLEGMENT of recpt of files sent to the Honorable Thomas A. Wiseman, Jr. SEE C85-1226 pldg no. 13. md (1pg) |
| 12/30/93 | | MOTION by USA to reopen judgment. c/m 12/29/93 (5 pgs) jma |
| 12/30/93 | | BRIEF IN SUPPORT by USA of mtn to reopen jgm. (20 pgs) jma |
| 12/30/93 | | EXHIBITS by USA to motion to reopen jgm. (2 volumes) jma |
| 1/7/94 | | MOTION of USA for attorney Patty Merkamp Stempler to appear pro hac vice. (3pgs)(VD) |
| 1/18/94 | | MARGINAL entry order granting Patty Merkamp Stempler attorney for USA pro hac vice. Battisti, J issd: 1/18/94 (EOD: 1/24/94)(VD) |
| 1/21/94 | | NOTICE of sched conference: 2/28/10:00 a.m. Issd 1pg (VD) |
| 1/28/94 | | TRANSCRIPT of procdgs before Battisti, J. Geizer, r. taken on 1/28/94.(15p) js |
| 1/28/94 | | MINUTES of procdgs. Battisti, J - Geizer, r. (1p)(VD) - hrg held re: pltf's mot to re-open denaturalization jgmt. Deft is to subm a list of attys by 2/4/94, so Ct may appoint an atty in accord w/18:sec1915, the Ct will appt an atty from the CJA list, if the Ct doesn't rec a list, so this action may proceed w/out unnecessary delay; After the 2/4/94 subm date the Ct will determine how it will proceed. |
| 1/24/94 | | LETTER of 1/21/94 from deft, Demjanjuk to Ct re: attorney and req for cont. |
| 1/24/94 | | Letter of 1/24/94 from Michael E. Tigar to Patty M. Stemler |
| 1/24/94 | | LETTER from (dtd 1/18/94) Stemler to Tigar re: mot to reopen)2pgs |
| 1/24/94 | | LETTER of 1/24/94 to Ct from Tigar (3pgs) |
| 1/27/94 | | LETTER of 1/26/94 from Stemler to Ct re: hrg sched. (VD) |
| 2/4/94 | | LETTER from Fed Public Defender to Court in re: attorney selection. 2pgs (vd) |
| 2/4/94 | | ORDER that deft cont to be rep by the office of the Federal Public defender, deft, through cnsl, shall resp to mot to reopen by 2/24/94. Battisti, J issd: 2/4/94 (EOD: 2/10/94)(3PGS) (VD0 |
| 2/23/94 | | NON APPEAL TRANSCRIPT ORDER: Court reporter; Heidi Geizer; Judge: Frank Battisti; Requested by: Edward Nishnic; Date of Proceeding: 1/28/94; Method of Payment: Private Funds. (1 pg) jma |
| 2/24/94 | | RESPONSE by deft to pltf's mtn to reopen judgment. c/m 2/24/94 (16 pgs) jma |
| 3/8/94 | | REPLY BRIEF by USA in support of its motion to reopen jgm. c/m 3/794 (18 pgs) jma |
| 3/9/94 | | MOTION by deft for lv to file resp to USA's reply brf, RE reopen judgment c/m 3/9/94 (3 pgs) jma |
| 3/14/94 | | MARGINAL ENTRY ORDER granting deft's motion for leave to file resp to USA's reply brf. Battisti, J. iss 3/14/94 (1 pg) jma |
| 3/18/94 | | RESPONSE by deft to pltfs reply in support of motion to reopen judgment. c/m 3/18/94 (30 pgs) jma |
| 3/23/94 | | MOTION for leave to file an addl brf in support of the Gov's mot to reopen Jgm c/m 3/22/94 (4pgs) rs |
| 3/29/94 | | SUPPLEMENTAL brief in support by USA to its motion to reopen judgment. c/m 3/27/94 (13 pgs) jma |
| 3/28/94 | | MARGINAL ENTRY ORDER granting USA's motion to file addl brf in supp of motion to reopen judgment. Battisti, J. iss 3/29/94 (1 pg) jma |
| 5/27/94 | | ORDER staying pltf's motion to reopen jgm pending further orders. Battisti, J. issued 5/27/94 (2 pgs) jma |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. _____ |
|---|---|---|
| | | PAGE ___ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 10/31/94 | | MOTION to reopen, set aside jgm and to dism w/prej by dft c/m 10/31/94 (24pgs) rs |
| 11/9/94 | | MOTION by Gov for addl time in which to respond to dft's motions to reopen, to set aside jugm and to dism w/prej c/m 11/9/94 (2pgs) rs |
| 11/22/94 | | OPPOSITION by Gov to dft's motions to reopen, to set aside jgm, and to dism w/prej c/m 11/21/94 (22pgs+appendix) rs |
| 11/18/94 | | ORDER pending initiation of revised case mgmt policy, Gov's mot for ext of time is gr; Ptys are advised that after effective date of revised case mgmt policy, which will be about 2/1/95, continuances and exts of time to plead will be gr only upon good cause shown Krupansky, J (issd) rs |
| 11/30/94 | | MOTION by dft for leave to file rply memorandum c/m 11/30/94 (5pgs) rs |
| 11/30/94 | | MOTION by Gov to file resp to dft's motions to reopen, to set aside jgm and to dism w/prej one day out of time c/m 11/30/94 (3pgs) rs |
| 12/8/94 | | MOTION by dft for leave of Ct to file dft's reply to Gov's opp of 11/22/94, instanter c/m 12/8/94 (2pgs) rs |
| 12/8/94 | | MARGINAL entry order gr Gov's motion to file resp to dft's motions to reopen, set aside jgm, and to dism w/prej one day out time. Krupansky, J. issd 12/8/94 EOD: 12/12/94 rs |
| 12904 | | ORDER finding mot for leafve to file rply memorandum moot; Dft's mot for leave to file instanter is gr and dft's rply memorandum shall be accepted for filing Krupansky, J. Issd EOD: 12/12/94 (2pgs) rs |
| 1/24/95 | | ORDER to avoid prej either pty by placing the entire burden of providing Ct w/copy of Israeli Court transcripts, responsibility shall be diveded among ptys; Pltf is to provide first 7,500 pages by 2/7/95; dft is to provide the Ct w/remaining portion, at date to be determined later (1p) rs |
| 9/20/95 | | MOTION by Gov for protective order c/m 9/19/95 (4pgs+attach) rs |
| 10/12/95 | | MEMORANDUM and order that the doomts be presented to the ct for an in camera review together with brief in support for imposing the requested protective order Krupansky, J. Issd 10/13/95 (2pgs) rs |
| 10/20/95 | | BRIEF by Gov in support of motion for protective order (FILED UNDER SEAL) (1 envelope) rs |
| 11/6/95 | | PROTECTIVE ORDER re all information or mtrls produced or disclosed by Gov Krupansky, Jd. Issd 11/6/95 EOD: 11/8/95 rs |
| 3/1/96 | | ORDER purs to Gen Order 96-15 case is transferred to the docket of Judge Matia, White, J. (1pg) rs |
| 4/10/96 | | ORDER This matter is before the Ct purs to motion of Gov to reopen jgm and the motion of dft to reopen set aside jgm and dism w/prej; A hrg on these motions will be held on 5/14/96 at 1:00p.m, Matia, J. (issd 4/10/96) (1pg) rs |
| 5/13/96 | | SUPPLEMENTAL brief by Gov outlining the issues before the Ct and the evidence supporting the Gov's contentions c/m 5/11/96 (21pgs) rs |
| 5/14/96 | | ORDER counsel for Mr. Demjanjuk is ordered to submit a memorandum, no later than 5/28/96, setting forth with specificity this and any other allegation of fraud on the Ct relating directly to Trawniki potion of the denaturalization jgm; Gov shall submit its response to this memo no later than 6/11/96 Matia, J. Issd 5/14/96 (1p) rs |
| 5/14/96 | | MINUTES of procdgs: Matia, J., Trischan, cr Dft's presence is waived at hrg; Hrg held on the validity of the denaturalization jgm; "Secrecy Order" issd by Judge Krupansky is vacated and issues covered in the order may be discussed in briefs to be filed by cou;nsel; Gov is to submit a proposed order vacating the secrecy order; Defense is to file a memo on their contentions of fraud by 5/28/96; Gov is to file written response by 6/11/96; Further briefing sched will be established by the Ct at that time (1p) rs |
| 5/21/96 | | ORDER Reimer docmts are released from the provisions of the 11/6/95 protective order and may be disclosed or discussed publicly Matia, J. Issd 5/21/96 (1p;) rs |
| 5/22/96 | | TRANSCRIPT of procdgs before Judge Matia on 5/14/96 Trischan, r re: pending motions (32pgs) rs |
| 5/22/96 | | NON-APPEAL transcript order form: Trischan, r. Matia, Judge Requested by Debra Hughes DOP: 5/14/96 Method of Payment: CJA (1p) rs |
| 5/28/96 | | MEMORANDUM by dft c/m 5/28/96 (15pgs) rs |
| 6/11/96 | | RESPONSE by Gov to dft's memo concerning the "reimer" and Litvinenko" mtrls c/m 6/10/96 25pgs+exh |

Cont'd

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| UNITED STATES OF AMERICA | JOHN DEMJANJUK | DOCKET NO. C77-923 |
| | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 9/9/96 | | **BRIEF** by Defendant c/m 9/9/96 (56pgs) rs |
| 9/9/96 | | **APPENDIX A** to brief of defendant |
| 9/9/96 | | **APPENDIX B** to brief of defendant rs |
| 10/10/96 | | **RESPONSE** by Gov to dft's 9/9/96 brief c/m 9/9/96 (27pgs+exh) rs |
| 1/3/97 | | **DECLARATION** of Neal M. Sher. 1pg (VD) |
| 9/23/97 | | **ORDER** that oral argument sched re: ltr 8/12/97 10/21/1:30 p.m. before Judge Matia. |
| 10/10/97 | | **MOTION** by dft for continuance of oral argument c/m10/10/97 (3pgs) rs |
| 10/14/97 | | **MARGINAL** entry gr dft's motion for continuance of oral argument; hrg is re-scheduled for 11/25/97 at 9:30a.m. Matia, J. Issd rs |
| 12/4/97 | | **NON-APPEAL** transcript order. Request by Joe Wilson dates 11/25/97; Private funds. (VK) |
| 12/4/97 | | **TRANSCRIPT** of proceedings before Judge Matia on 11/25/97 - 34pgs (VK Staiduhar, r. |
| 12/22/97 | | **SUPPLEMENT** brief addressing issues raised at oral argument. 8pgs (VK) |
| 2/20/98 | | **MEMORANDUM of opinion** and order re: granting dft's motion to set aside the judgment of the Ct dated 6/23/81; Further, case will be dismised w/o prej Matia, J. Issd 2/20/98 EOD: 2/20/98 (16pgs) rs |
| 2/20/98 | | **ORDER OF DISMISSAL** gr dft's motion to set aside the jgm; dismissing plf's cmplt w/o prej Matia, J. Issd 2/20/98 EOD: 2/20/98 (2pgs) rs |
| 8/6/99 | | **MOTION OF DEFT** req final judg under Fed.R.Civ.P. 54(b) (34 pgs & 23 exh pgs) jfw |
| 8/20/99 | | **MOTION BY PLTF** for an ext of time until 9/7/99 it resp to deft's mot req final judg (3 pgs) Jfw (EOD: 8/24/99) |
| 9/3/99 | | **MEMORANDUM** of pltf in opposition to deft's motion requesting final judgment. 40 pages (VK) |
| 9/8/99 | | **MARGINAL ENTRY ORDER** granting pltf's mot for an ext until 9/7/99 to file its resp to deft's mot for final judg (issd 9/9/99) jfw |
| 9/9/99 | | **MOTION** by pltf for ext until 9/24/99 to reply to pltf's opp to deft's mot req final judg (2 pgs) jfw |
| 9/13/99 | | **MARGINAL** entry granting dft's mtn for extension of time until 9/24/99 to reply to USA's opposition to Demjanjuk's mtn requesting final jgm under FRCP 54(b). Matia, J. ejm |
| 9/24/99 | | **REPLY** of deft to pltf's opp to deft's mot req final judg(15 pgs + 6 exh pgs) jfw |
| 11/17/99 | | **ORDER** denying mot of deft requesting final judgment (mot filed 8/6/99) Chief Judge Paul R. Matia (1 pg) jfw (EOD: 11/17/99) (issd 11/17/99) |
| 12/9/99 | | **WRIT OF MANDAMUS** filed in USCA (#99-4473). Dt issd 12/7/99 (86 pgs) shh |
| 2/3/00 | | **APPEAL ORDER:** Denying petr's writ of mandamus (USCA# 99-4473). Clerk: L. Green; Circuit Judges: Kennedy, Ryan and Boggs. Dt issd 2/1/00 (1 pg) shh |